58. Defendant's violations of the FMLA were intentional and malicious; Defendant did not violate the FMLA in good faith with reasonable grounds to believe its actions did not violate the FMLA.

59. As a result of Defendant's illegal retaliation against Plaintiff, he has suffered substantial monetary damages, emotional distress damages, and harm to his professional reputation, and he will continue to sustain damages into the foreseeable future.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter a judgment in his favor against Defendant and award him damages including back pay, front pay, lost benefits, liquidated damages, consequential damages, punitive damages, pre- and post-judgment interest, costs, the increased tax burden on any award, reasonable attorneys' fees, any other relief allowed under the above-referenced statutes, and any other relief that the Court deems reasonable and just.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all Counts contained in the Complaint.

Respectfully submitted,
Alan Lescht & Associates, P.C.
By:  /s/ Laura Nagel
Laura Nagel (#1013962)
1825 K Street NW, Suite 750
Washington, DC 20006
Tel: (202) 463.6036
Fax: 202.463.6067
laura.nagel@leschtlaw.com