UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HANSEL AGUILAR,

*Plaintiff*,

v.

DISTRICT OF COLUMBIA,

*Defendant*.

Civil Action No. 1:21-cv-00431-TNM

## JOINT STATUS REPORT

On June 25, 2021, this Court granted Defendant's Consent Motion to Stay Proceedings [10] pending final decision in Plaintiff's underlying administrative appeal.  *See* June 25, 2021 Minute Order.  The Court further ordered the Parties to submit a joint status report every 30 days, beginning August 23, 2021, advising on the current procedural posture of Plaintiff's administrative matter.  *Id.*  Pursuant to the Court June 25 Minute Order, the Parties submit the following update.

Plaintiff appealed his termination to the District of Columbia Office of Employee Appeals (OEA) in June 2019.  In August 2020, OEA issued an initial decision reversing Plaintiff's termination, ordering his reinstatement, and awarding all back pay and benefits. Plaintiff's former employer, the District of Columbia Office of Police Complaints (OPC) appealed OEA's initial decision to the Superior Court of the District of Columbia.  *See District of Columbia Office of Police Complaints v. District of Columbia Office of Employee Appeals and Hansel Aguilar*, Case No. 2020 CA 004294 P.  On June 24, 2021, Judge Shana Frost Matini issued on order remanding the administrative case to OEA for further proceedings on three administrative charges against Plaintiff.  *Id.*  On remand, Plaintiff and OPC are required to

produce supplemental briefing on August 27, 2021; according to the schedule set by OEA, either

party may then file a reply by September 17, 2021.  No hearing date is currently set.

In accordance with the Court's June 25 Minute Order, the Parties will submit their next

joint report in 30 days, on September 22, 2021.

Date:  August 23, 2021                          Respectfully submitted,

/s/ Laura Nagel (with permission)
Laura Nagel (#1013962)
Alan Lescht & Associates
1825 K Street NW, Suite 750
Washington, D.C. 20006
Phone:  (202) 463-6036
Fax:  (202) 463-6067
Email:  laura.nagel@leschtlaw.com
Counsel for Plaintiff

-and-

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Alicia M. Cullen
ALICIA M. CULLEN [1015227]
Chief, Civil Litigation Division, Section III

/s/ Katrina Seeman
MATTHEW R. BLECHER [1012957]
KATRINA SEEMAN [1671729]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone:  (202) 724-6607
Fax:  (202) 724-5917
Email:  katrina.seeman@dc.gov
Counsel for Defendant District of Columbia