UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HANSEL AGUILAR,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA,<br><br>　　　　*Defendant*. | Civil Action No. 1:21-cv-00431-TNM |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk shall please withdraw the appearance in this matter of Matthew R. Blecher on behalf of Defendant District of Columbia.

Date: March 23, 2022

Respectfully Submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Acting Chief, Civil Litigation Division, Section III
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 442-9774
Fax: (202) 730-0586
Email: matthew.blecher@dc.gov
*Counsel for Defendant District of Columbia*