## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HANSEL AGUILAR,

               *Plaintiff*,

    v.

DISTRICT OF COLUMBIA,

               *Defendant*.

Civil Action No. 1:21-cv-00431-TNM

### JOINT STATUS REPORT

On June 25, 2021, this Court granted Defendant's Consent Motion to Stay Proceedings [10] pending a final decision in Plaintiff's underlying administrative appeal.  *See* June 25, 2021 Minute Order.  The Court further ordered the Parties to submit a joint status report every 30 days, beginning August 23, 2021, advising on the current procedural posture of Plaintiff's administrative matter.  *Id.*  Under the Court's June 25 Minute Order, the Parties filed status reports on August 23, September 22, October 22, November 22, December 22, 2021, January 21, February 21, and March 23, 2022, and now submit the following update.

Plaintiff appealed his termination to the District of Columbia Office of Employee Appeals (OEA) in June 2019.  In August 2020, OEA issued an initial decision reversing Plaintiff's termination, ordering his reinstatement, and awarding all back pay and benefits. Plaintiff's former employer, the District of Columbia Office of Police Complaints (OPC), appealed OEA's initial decision to the Superior Court of the District of Columbia.  *See District of Columbia Office of Police Complaints v. District of Columbia Office of Employee Appeals and Hansel Aguilar*, Case No. 2020 CA 004294 P.  On June 24, 2021, Judge Shana Frost Matini issued an order remanding the administrative case to OEA for further proceedings on three

administrative charges against Plaintiff.  *Id.*  On remand, OEA Senior Administrative Judge

Joseph Lim upheld the agency's summary termination of Plaintiff.  Plaintiff filed a Petition for

Review of the decision with the OEA on February 18, 2022.  Briefing is complete and the OEA

Board scheduled a hearing for May 19, 2022.

In accordance with the Court's June 25, 2021 Minute Order, the Parties will submit their

next joint report in 30 days, on May 23, 2022.

Date:  April 22, 2022                                Respectfully submitted,

                                                    */s/ Laura Nagel (with permission)*
                                                    Laura Nagel (#1013962)
                                                    Alan Lescht & Associates
                                                    1825 K Street NW, Suite 750
                                                    Washington, D.C. 20006
                                                    Phone:  (202) 463-6036
                                                    Fax:  (202) 463-6067
                                                    Email:  laura.nagel@leschtlaw.com
                                                    *Counsel for Plaintiff*

                                                    -and-

                                                    KARL A. RACINE
                                                    Attorney General for the District of Columbia

                                                    */s/ Alicia M. Cullen*
                                                    ALICIA M. CULLEN [1015227]
                                                    Chief, Civil Litigation Division, Section III

                                                    */s/ Katrina Seeman*
                                                    KATRINA SEEMAN [1671729]
                                                    Assistant Attorney General
                                                    Civil Litigation Division
                                                    400 6th Street, NW
                                                    Washington, D.C. 20001
                                                    Phone:  (202) 724-6607
                                                    Fax:  (202) 724-5917
                                                    Email:  katrina.seeman@dc.gov
                                                    *Counsel for Defendant District of Columbia*