# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HANSEL AGUILAR,<br><br>    *Plaintiff*,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>    *Defendant*. | Civil Action No. 1:21-cv-00431-TNM |

## NOTICE OF SETTLMENT

Plaintiff Hansel Aguilar and Defendant District of Columbia (the Parties) have reached an agreement in principle that resolves all claims in this matter. After finalization of a written settlement agreement, the Parties will file a joint stipulation of dismissal with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).

Date: March 4, 2024

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Alicia M. Cullen*
ALICIA M. CULLEN [1015227]
Chief, Civil Litigation Division, Section III

*/s/ Katrina Seeman*
KATRINA SEEMAN [1671729]
Assistant Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 724-6607
Fax: (202) 724-5917
Email: katrina.seeman@dc.gov
*Counsel for Defendant District of Columbia*