UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HANSEL AGUILAR,<br><br>     *Plaintiff*,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>     *Defendant*. | Civil Action No. 1:21-cv-00431-TNM |

## JOINT STIPULATION OF DISMISSAL

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Hansel Aguilar and Defendant District of Columbia jointly stipulate to the dismissal of this action with prejudice. Each party shall bear their own fees and costs.

Date:  April 22, 2024

Respectfully submitted,

*/s/ Laura Nagel (with permission)*
Laura Nagel (#1013962)
Alan Lescht & Associates
1825 K Street NW, Suite 750
Washington, D.C. 20006
Phone:  (202) 463-6036
Fax:  (202) 463-6067
Email:  laura.nagel@leschtlaw.com
*Counsel for Plaintiff*

-and-

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

2

*/s/ Alicia M. Cullen*
ALICIA M. CULLEN [1015227]
Chief, Civil Litigation Division, Section III

*/s/ Katrina Seeman*
KATRINA SEEMAN [1671729]
Assistant Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 724-6607
Fax: (202) 724-5917
Email: katrina.seeman@dc.gov
*Counsel for Defendant District of Columbia*